IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ARON J. AUSTIN                                                                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 3:15-CV-177-SA-SAA

JILL CARWYLE, et al.                                                                         DEFENDANTS

MEMORANDUM OPINION

For the reasons fully articulated in two Memorandum Opinions issued this day, the Court orders the following:

The County Defendants' Motion to Dismiss [14] is GRANTED as to all Plaintiff's claims, and Plaintiff's state law claims are DISMISSED without prejudice.

The City of Oxford's Motion to Dismiss [4] is GRANTED.

Plaintiff shall have 14 days from the issuance of this Order to move for leave to amend his complaint to cure the pleading deficiencies. If the Plaintiff fails to respond in the time allowed, or fails to adequately amend his complaint, his remaining claims against the County Defendants may be dismissed pursuant to Federal Rules of Civil Procedure 12 and 41.

**SO ORDERED this the 19th day of April, 2016.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**